## S. A. RICHARDSON v. BOARD OF COMMISSIONERS OF CALDWELL COUNTY.

### (Filed 30 May, 1917.)

(For digest, see *Reade v. City of Durham, ante,* 668, and *Rankin v. Gaston County, ante,* 683.)

CIVIL ACTION, tried before *Carter, J.,* holding the courts of the Sixteenth District, on 21 March, 1917, at chambers. Plaintiff appealed.

*J. T. Pritchett for plaintiff.*
*Squires & Whisnant and Mangum & Woltz for defendant.*

WALKER, J. This is an action brought to enjoin the defendant from issuing bonds to the amount of $50,000, the proceeds to be used for repairing and improving the public roads of the county and building a county home, and other necessary county purposes. It presents the same questions as were decided, at this term, in *Reade v. City of Durham, ante,* 668, *and Rankin v. Gaston County,* and is governed by those decisions.

There was no error in Judge Carter's ruling sustaining the bond issue.

Affirmed.